# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-20238

4:16CR568

UNITED STATES OF AMERICA,

OCT 2 6 2018

    Plaintiff - Appellee

v.

JACINTO LOPEZ-TOLEDO,

    Defendant - Appellant

---

Appeal from the United States District Court for the
Southern District of Texas

---

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeal is dismissed as of October 26, 2018, for want of prosecution. The appellant failed to timely comply with this Court's notices of September 7, 2018, and October 11, 2018.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Dawn M. Shulin, Deputy Clerk

        ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 26, 2018

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 18-20238   USA v. Jacinto Lopez-Toledo
                   USDC No. 4:16-CR-568-1

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dawn M. Shulin, Deputy Clerk
                          504-310-7658

cc w/encl:
    Mr. Jacinto Lopez-Toledo
    Ms. Carmen Castillo Mitchell